RICHARD H. BOWNE, TRUSTEE, *v.* PHEBE J. UNDER-
HILL AND OTHERS.

*Will — " children " — construction of word.*

The testatrix, by her will, gave to her executor certain real and personal property in trust, among other things to apply the income thereof to the use of her niece, "Phebe J. Underhill, wife of Edmund Underhill, during the joint lives of the said Edmund Underhill and Phebe J., his wife; from and after the death of either of them, the said Edmund and Phebe J., then to apply the same to the use of the survivor of them, and the *children* of them the said Edmund and Phebe J. Underhill, during the lifetime of such survivor in equal proportions; upon the decease of such survivor, then upon trust to divide the said trust estate equally among all the children of the said Phebe J. Underhill, who may then be living and the lawful issue of any who may then be dead, *per stirpes*, and not *per capita.*" *Held*, that the word "children," as used in the will, included grandchildren, and that upon the death of Edmund Underhill, his grandchildren, whose parent was dead, were entitled to their parent's share of the income during the life of Phebe J. Underhill.

CONTROVERSY submitted without action under section 372 of the Code.

*Benj. D. Silliman*, for the plaintiff.

*E. T. Schenck*, for the defendant John F. Underhill.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., GILBERT and TAPPEN, JJ.

Judgment accordingly.